# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Sherry McGee
Plaintiff

v.

MRC Energy Company, et al.
Defendant

3:21-cv-2159
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants MRC Energy Company and Matador Resources Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Matador Resources Company (NYSE:MTDR) owns 100% of MRC Energy Company.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Sherry McGee, MRC Energy Company, Matador Resources Company

|  |  |
|---|---|
| Date: | September 10, 2021 |
| Signature: | /s/ Mark A. Shoffner |
| Print Name: | Mark A. Shoffner |
| Bar Number: | 24037490 |
| Address: | 2323 Ross Ave., Ste. 1900 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-740-1400 |
| Fax: | 214-740-1499 |
| E-Mail: | mshoffner@bellnunnally.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons